IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MODJET BROWN,

    Defendant.                                       Case No. 09-cr-30132-DRH

## ORDER

**HERNDON, Chief Judge:**

        Before the Court is Defendant's First Motion to Continue Sentencing (Doc. 37), currently set for April 30, 2010. Defendant seeks to continue the sentencing because his counsel, due to an unusually heavy caseload, has been unable to effectively prepare for the hearing and thus requests a continuance of at least thirty (30) days. The Motion further states that the Government does not object to Defendant's request. Accordingly, the Court **GRANTS** Defendant's First Motion to Continue Sentencing (Doc. 37) and resets the sentencing hearing for defendant Modjet Brown for **Friday, June 4, 2010 at 1:30 p.m.**

        **IT IS SO ORDERED.**

        Signed this 29th day of April, 2010.

                                        /s/ *David R Herndon*

                                        **Chief Judge**
                                        **United States District Court**